**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JESSICA LYNN MARBURY,

        Plaintiff,

v.                                                    Case No:   6:23-cv-811-RBD-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**[1]

    This cause came on for consideration without oral argument on the following

motion filed herein:

> **MOTION:**   **UNOPPOSED MOTION FOR ENTRY OF**
> **JUDGMENT WITH REMAND (Doc. No. 19)**
>
> **FILED:**      **July 7, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States
Magistrate Judge.   *See* Doc. Nos. 18, 20.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, to include "offering Plaintiff the opportunity for a new hearing, obtaining supplemental vocational expert testimony if necessary, and issuing a new decision."   Doc. No. 19.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 19) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 2 -

- 3 -

Counsel of Record
Unrepresented Parties